**UNITED STATES of America, Plaintiff–Appellee**

v.

**Frankie L. HILLIARD, Defendant–Appellant.**

**No. 09–30069**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2009.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, Frankie L. Hilliard, FCI Yazoo City Medium Yazoo City, MS, for Defendant–Appellant.

Robert William Piedrahita, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Frankie L. Hilliard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hilliard has filed a response. Our independent review of the record, counsel's brief, and Hilliard's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be